IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL CANO,

       Petitioner,                  No. CIV 06-0558 LKK PAN P

    vs.

       Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

       Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

       The court requires all petitions for writ of habeas corpus be filed on the proper form, which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

       A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has not named any

1

respondent. Failure to name a respondent will result in the dismissal of the petition with leave to amend. See Stanley, 21 F.3d at 360.

Petitioner is hereby notified that in order for this court to review his application, he must re-file his petition on the proper form. Although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information, including the identity of the respondent, who ordinarily is the warden of the prison where petitioner is confined. See Rule 2(a), Rules Governing § 2254 Cases; Advisory Committee Notes to Rule 2(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Leave to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition"; and

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED: April 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\cano0558.115 122fn

2