IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL CANO,

     Petitioner,                        No. CIV-06-0558 LKK PAN P

     vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, SACRAMENTO,

     Respondent.                 ORDER

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. See 28 U.S.C. § 2254. On April 21, 2006, the court granted petitioner leave to proceed in forma pauperis and informed petitioner that to proceed he must file an amended petition on the form used in this court and he must name his custodian as the respondent. Petitioner has filed an amended petition on the correct form naming California Department of Corrections, Sacramento as the respondent.

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). The proper respondent ordinarily is the warden of the prison where the petitioner is confined. See Advisory Committee Notes to Rule 2, Rules Governing Section 2254 Proceedings. Petitioner named the California

1

1  Department of Corrections, Sacramento, as respondent in this action.  This is not a state officer
2  having custody over petitioner.  Accordingly, the instant petition must be dismissed with leave to
3  amend.  See Stanley, 21 F.3d at 360.
4         In accordance with the above, IT IS HEREBY ORDERED that:
5         1. Petitioner's amended petition for writ of habeas corpus is dismissed with leave
6  to file a second amended petition within thirty days from the date of this order;
7         2. Any second amended petition must be filed on the form employed by this
8  court, must name the proper respondent, and must state all claims and prayers for relief on the
9  form.  It must bear the case number assigned to this action and must bear the title "Second
10 Amended Petition;" and
11        3. The Clerk of the Court is directed to send petitioner the form for habeas corpus
12 application.
13 DATED:  May 24, 2006.

                    UNITED STATES MAGISTRATE JUDGE

17 \004
18 \cano0558.122