IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GABRIEL CANO,

    Petitioner,                  No. CIV S-06-0558 LKK PAN P

    vs.

ANTHONY MALFI,[1]

    Respondent.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to court order, petitioner filed a second amended petition on June 22, 2006.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to interlineate the correct spelling of the warden's name, "Anthony Malfi," on the first page of petitioner's second amended petition and add him as the respondent on the court docket.

---

[1] Petitioner named the proper respondent but misspelled the warden's name as "Mazifi." The court takes judicial notice of the correct spelling of the warden of CSP Sacramento, Anthony Malfi.  The Clerk of Court will be directed to interlineate the warden's name on the title page of petitioner's second amended petition.

1

1  2. Respondent is directed to file an answer within forty-five days from the date of
2 this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the
3 answer any and all transcripts or other documents relevant to the determination of the issues
4 presented in the application.  Rule 5, Rules Governing Section 2254 Cases.
5  3. Petitioner's traverse, if any, is due on or before thirty days from the date
6 respondent's answer is filed.
7  4. The Clerk of the Court shall serve a copy of this order together with a copy of
8 petitioner's second amended petition for writ of habeas corpus on Jo Graves, Senior Assistant
9 Attorney General.
10 DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001;cano0558.100